PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant for Offender Under Supervision

Name of Offender: Joseph Perna                                      Cr.: 04-709-02

Name of Sentencing Judicial Officer: Honorable Katherine Hayden, U.S. District Judge

Date of Original Sentence: 05/09/05

Original Offense: Illegal Gambling

Original Sentence: 1 year and 1 day prison, 2 years supervised release

Type of Supervision: Supervised release                Date Supervision Commenced: 05/18/06

Assistant U.S. Attorney: Ronald Wigler                 Defense Attorney: Anthony Pope, Esq.

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' On December 18, 2007, the New Jersey Division of Criminal Justice arrested Joseph Perna and charged him with Promoting Gambling, Money Laundering, Extortion, Aggravated Assault (second degree), Conspiracy to Distribute Heroin (second degree), and Bribery. The offender's criminal conduct occurred during the term of supervision. |
| 2. | The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**' During the term of supervision, Joseph Perna associated with persons engaged in criminal activity and felons, to include: Ralph Perna, John Perna, John Mangrella, Michael Cetta, Joseph Merlino, and Joseph Servidio. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Thomas Stone
Senior U.S. Probation Officer /
Intensive Supervision Specialist
Date: 12/18/07


PROB 12C - Page 2
Joseph Perna

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: ___ ___ ___.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

12/19/07
_____
Date