UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

IACULLO MARTINO, LLC.
247 Franklin Avenue
Nutley, NJ 07110
(973) 235-1550
Attorneys for Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. No. 04-709-02 |
| Plaintiff, | |
| | Hon. Katharine S. Hayden, U.S.D.J. |
| JOSEPH PERNA | |
| Defendant. | ORDER |

TO:

Honorable Katharine S. Hayden, U.S.D.J.
United States Post Office and Courthouse
P.O. Box 999
Newark, New Jersey 07101

Assistant United States Attorney
Ronald Wigler
970 Broad Street
Newark, New Jersey 07102

Mr. Thomas Stone
United States Probation Office District of New Jersey
Supervision Unit
20 Washington Place
Room 619
Newark, New Jersey 07102

THIS MATTER, having been opened to the Court by Iacullo Martino, LLC, Attorney for

Defendant, Joseph Perna, on an application to remove an encumbrance on real property owned

by Mr. Perna.

IT IS on this _____ day of _____, 2009,

ORDERED that based upon the recommendation of Pre-Trial Services Officer Thomas Stone and with the consent of Assistant United States Attorney Ronald Wigler that Defendant's residential property 243 Eastview Terrance, Wyckoff, New Jersey be released from any encumbrances which may be levied on said property which may have resulted from the Order of release in this matter specifically dated December 27, 2007, which required the posting of an unsecured bond;

ORDERED that all other conditions of release remain in full force and effect; and it is further;

ORDERED that a copy of this Order be served upon all parties within ___ days of the date hereof.

_____
Hon. Katharine S. Hayden, U.S.D.J.

I hereby consent to the form and entry of this Order.

_____
A.U.S.A. Ronald Wigler,
Attorney for The United States of America

_____
Anthony J. Iacullo, Esq.
Attorney for Defendant Joseph Perna

_____
Mr. Thomas Stone
Officer Pre-Trial Services