UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

**IACULLO MARTINO, LLC**
247 Franklin Avenue
Nutley, NJ 07110
(973) 235-1550
**Attorneys for Defendant**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Crim. No. 04-709-02 |
| Plaintiff, | : | |
| | : | Hon. Katharine S. Hayden, U.S.D.J. |
| | : | |
| | : | |
| JOSEPH PERNA | : | |
| | : | |
| Defendant. | : | ORDER |
| | : | |

**THIS MATTER**, having been opened to the Court by Iacullo Martino, LLC, Attorneys for Defendant, Joseph Perna, on an application to remove Mr. Perna from electronic monitoring.

IT IS on this 15th day of June, 2010,

ORDERED that Defendant be removed from electronic monitoring; it is further

ORDERED that a copy of this Order be served upon all parties within 3 days of the date hereof.

_____
HON. KATHERINE S. HAYDEN, U.S.D.J.